Marek P. Bute, Esq.
Nevada Bar No. 9989
Tegan C. Machnich, Esq.
Nevada Bar No. 11642
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WB MUSIC CORP., a corporation; SONY/ATV TUNES LLC, a limited liability company; VAN HALEN MUSIC, a corporation; UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., a corporation; TARPO MUSIC PUBLISHING;  a corporation; EMI APRIL MUSIC, INC., a  corporation and NOTTING DALE SONGS, INC., a corporation,<br><br>Plaintiffs,<br>vs.<br><br>ROBERT RAMUN, an individual; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:10-cv-01249-GMN-LRL<br><br>**JUDGMENT** |

This cause having come pursuant to 55(b)(2) of the Federal Rules of Civil Procedure, the Court being advised in the premises, and good cause therefore appearing, the Court FINDS that Plaintiffs' service of process and Entry of Default against Defendant Robert Ramun are proper and that said Defendant has not answered or otherwise responsively pled to the Summons and Complaint served upon him pursuant to the Federal Rules of Civil Procedure.  The Court further finds that the allegations of Plaintiffs' Complaint are sustained.  The Court further finds that Defendant was a willful and intentional copyright infringer within the meaning of 17 U.S.C. § 101, *et seq*.  IT IS THEREFORE,

///

ORDERED, ADJUDGED AND DECREED, that Plaintiffs shall have Judgment against Defendant, Robert Ramun, in the amount of $37,500.00, together with attorney's fees in the amount of $9482.00 and costs in the amount of $545.14; with interest thereon from the date of entry of this Judgment pursuant to 26 U.S.C. §1961.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs may also have judgment against Defendant, and any persons acting under the direction, control, permission and authority of Defendant, that said persons are enjoined and restrained permanently from publicly performing, and for causing them or permitting them to be publicly performed, by Robert Ramun, or in any place owned, controlled or conducted by him, and from aiding and abetting the public performance of any copyrighted musical works in the ASCAP repertory without permission obtained from ASCAP or directly from the copyright owner.

The Court in entering this Judgment specifically finds that the award to Plaintiffs hereunder is as a result of acts of intentional copyright infringement committed by Defendant, in the public performance of the songs listed herein all in willful disregard of Plaintiffs' rights as owners of musical copyrights to these songs.

**IT IS SO ORDERED** this 19th day of May, 2011.

Submitted By:

Marek P. Bute, Esq.
Nevada Bar No. 9989
Tegan C. Machnich, Esq.
Nevada Bar No. 11642
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiffs*

Gloria M. Navarro
United States District Judge